# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Donald Eugene Stiles Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13-cv-00050-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Jim Shick, | ) | |
| Joany Briadshaw, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2013 Order.

March 22, 2013

_Frank G. John_

Frank G. Johns, Clerk
United States District Court